FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2008 DEC 12 AM 10: 56

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DANIEL ALTHONE GRIFFIN, )
)
    Petitioner, )
)
v. ) CASE NO. CV508-020
)
CHERYL PARSONS, Warden, )
)
    Respondent. )
)
_____ )

## O R D E R

The Court has conducted a careful de novo review of the record in this case. For the following reasons, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 17), to which objections have been filed (Docs. 19 & 22).

On March 3, 2008, Petitioner Daniel Althone Griffin filed a § 2254 petition challenging the revocation of his probation. (Doc. 1.) In response, Respondent Cheryl Parsons filed a Motion to Dismiss the Petition for Lack of Exhaustion. (Doc. 8.) The Magistrate Judge then issued a Report and Recommendation finding that Petitioner had not exhausted his state remedies, and that the exceptions to the exhaustion requirement did not apply. (Doc. 17.)

Respondent has objected to the Report and Recommendation, contending that he has, in fact, exhausted

his state remedies, because he has filed an appeal of the denial of his habeas petition to the Georgia Supreme Court. (Docs. 19 & 22.) However, Georgia state prisoners have not exhausted their state remedies until they have obtained a final ruling from the Georgia Supreme Court on their state habeas petition. See Pope v. Rich, 358 F.3d 852, 854 (11th Cir. 2004). Only after obtaining this ruling may a state prisoner file his § 2254 petition. See id. Currently, Griffin's appeal is "pending" at the Supreme Court of Georgia. Griffin v. Parson, No. S08H1984 (Ga. July 25, 2008). As such, Petitioner's objection is unfounded; he has not yet exhausted his state remedies. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the Opinion of the Court. This case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 12TH day of December, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA